```
 1  BARRY E. HINKLE, Bar No. 071223
    CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
 2  KRISTINA M. ZINNEN, Bar No. 245346
    WEINBERG, ROGER & ROSENFELD
 3  A Professional Corporation
    1001 Marina Village Parkway, Suite 200
 4  Alameda, CA  94501-1091
    Telephone (510) 337-1001
 5
    Attorneys for Plaintiffs
 6
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER L. NEAL, Individually and doing business as C.L. NEAL CONSTRUCTION,<br><br>Defendant. | No. C 07-04784 EMC<br><br>**EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

**TO:    THE CLERK OF THE COURT AND DEFENDANT CHESTER L. NEAL, Individually and doing business as C. L. NEAL CONSTRUCTION:**

Pursuant to Civil Local Rule 7-10, Plaintiffs hereby request that the initial case management conference scheduled for January 2, 2008 be continued for 60 days.

Despite numerous attempts, Plaintiffs have not been able to successfully serve Defendant.

---

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Ex Parte Application for Continuance of Case Management Conference; [Proposed] Order
Case No. C 07-04784 EMC
115107/478628

1 Plaintiffs request that the Case Management Conference be continued for 60 days so that Plaintiffs
2 may attempt to locate and serve Defendant with the Complaint.
3 The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen
4 in Support of Ex Parte Application to Continue Case Management Conference, filed herewith.

5 Dated:  December 18, 2007

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By:      /s/
KRISTINA M. ZINNEN
Attorneys for Plaintiffs

## ORDER CONTINUING CASE MANAGEMENT CONFERENCE

Based upon the foregoing Ex Parte Application for Continuance of Case Management Order and Declaration of Kristina M. Zinnen in Support of Ex Parte Application to Continue Case Management Conference, the Court orders a continuance of the case management conference for 60 days, or as soon thereafter as a court date is available.  In addition, the Court Orders:

Dated:

The Honorable Edward M. Chen
United States District Court Judge

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Ex Parte Application for Continuance of Case Management Conference; [Proposed] Order
Case No. C 07-04784 EMC             - 2 -
115107/478628