BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA  94501-1091
Telephone (510) 337-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER L. NEAL, Individually and doing business as C.L. NEAL CONSTRUCTION,<br><br>Defendant. | No.  C 07-04784 EMC<br><br>**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF EX PARTE APPLICATION FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

I, Kristina M. Zinnen, declare as follows:

1. I am an attorney at law, admitted to practice before this Court, and an associate with the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, attorneys for Plaintiff in the above-referenced matter.  I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

Declaration of Kristina M. Zinnen in Support of Ex Parte Application for Continuance of Case Management Conference
Case No. C 07-04784 EMC
115107/478628

the facts hereinafter stated.

2. Plaintiffs have attempted to serve Defendant Chester L. Neal, individually and doing business as C. L. Neal Construction on numerous occasions. Our process server has informed us that he will be attempting to serve Defendant again this week.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of December in Alameda, California.

WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:    /s/
KRISTINA M. ZINNEN
Attorneys for Plaintiffs

115107/478651

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

Declaration of Kristina M. Zinnen in Support of Ex Parte Application for Continuance of Case Management Conference
Case No. C 07-04784 EMC     - 2 -
115107/478628