UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. C 07 4784 EMC

The Board of Trustees, et al.,

    Plaintiff(s),

v.

Chester L. Neal, Individually and dba C.L. Neal Construction,

    Defendant(s).

_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: December 21, 2007

                                                     [signature]
                                                   Signature

                                                   Counsel for: Plaintiffs
                                                   (Name of party or indicate "pro se")