| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS)<br>WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | TELEPHONE NO.<br>(510) 337-1001 | FOR COURT USE ONLY |
|---|---|---|
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034298-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. NEAL | | | |
|---|---|---|---|

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C074784EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE, NOTICE OF ASSIGNMENT, ECF REGISTRATION
INFORMATION, WELCOME TO THE U.S. DISTRICT COURT


Name of Defendant: CHESTER L. NEAL, INDIVIDUALLY AND DOING BUSINESS AS
C.L. NEAL CONSTRUCTION
Person Served: BRIAN NEAL
Title: CO-TENANT

Date of Delivery: 12/26/07
Time of Delivery: 07:43 pm

Place of Service: 4429 E GRANT
FRESNO, CA 93702                     **(Residence)**

Date of Mailing: 01/09/08
Place of Mailing: SAN FRANCISCO


Manner of Service:
**Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house,
usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post
Office Box, in the presence of a competent member of the household or a person apparently in charge of his or
her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least
18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By
First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP
415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D**


Fee for service:    $ 189.00

---

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: . . . . Fresno . . . . . County,<br>Number: . . . . S2006614 . . . . . . .<br>Expiration Date: 01/27/2008<br>RAPID SERVE<br>210 Fell Street, # 19<br>San Francisco, CA 94102<br>(415) 882-2266<br>304/00034298-01 | on: . . . . . . . January 9, 2008 . . . . . ,<br>at: . . . . . . . . San Francisco . . . . , California.<br><br>Signature: _____<br>Name: DAWN BLANTON<br>Title: (i) registered California process server |