1  BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
2  KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
3  A Professional Corporation
1001 Marina Village Parkway, Suite 200
4  Alameda, CA  94501-1091
Telephone (510) 337-1001
5
Attorneys for Plaintiffs
6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11  THE BOARD OF TRUSTEES, in their ) No.  C 07-04784 EMC
capacities as Trustees of the LABORERS )
HEALTH AND WELFARE TRUST FUND )
12  FOR NORTHERN CALIFORNIA; LABORERS )
VACATION-HOLIDAY TRUST FUND FOR ) **PLAINTIFFS' REQUEST FOR**
13  NORTHERN CALIFORNIA; LABORERS ) **ENTRY OF DEFAULT**
PENSION TRUST FUND FOR NORTHERN )
14  CALIFORNIA; and LABORERS TRAINING )
AND RETRAINING TRUST FUND FOR )
15  NORTHERN CALIFORNIA, )
)
16            Plaintiffs, )
)
17       v. )
)
18  CHESTER L. NEAL, Individually and doing )
business as C.L. NEAL CONSTRUCTION, )
19  )
           Defendant. )
20  )
)
21

22  TO:   THE CLERK OF THE COURT:

23       Request is hereby made that the default of CHESTER L. NEAL, individually and doing

24  business as C.L. NEAL CONSTRUCTION, be entered.  Defendant has failed to appear or

25  otherwise respond to the Complaint, which was filed on September 17, 2007, served by substituted

26  service under California Code of Civil Procedure section 415.20(b) on December 26, 2007, mailed

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
Case No. C 07-04784 EMC
115107/483793

1 to Defendant on January 9, 2008, for which service was deemed complete under CCP 415.20(b) on January 19, 2008, and for which proofs of service were filed before this Court with the Summons on January 16, 2008.

The above stated facts are set forth in the accompanying declaration of Kristina M. Zinnen, filed herewith.

Dated: February 12, 2008

WEINBERG, ROGER & ROSENFELD

A Professional Corporation

By: ____/s/_____
KRISTINA M. ZINNEN

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
Case No. C 07-04784 EMC                - 2 -
115107/483793