BARRY E. HINKLE, Bar No. 071223
CONCEPCIÓN E. LOZANO-BATISTA, Bar No. 227227
KRISTINA M. ZINNEN, Bar No. 245346
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone (510) 337-1001

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>Plaintiffs,<br><br>v.<br><br>CHESTER L. NEAL, Individually and doing business as C.L. NEAL CONSTRUCTION,<br><br>Defendant. | No. C 07-04784 EMC<br><br>**DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT** |

I, Kristina M. Zinnen, declare as follows:

1. I am an attorney at law, admitted to practice before this Court, and an associate with the law firm of Weinberg, Roger & Rosenfeld, located at 1001 Marina Village Parkway, Suite 200, Alameda, CA 941501-1091, attorneys for Plaintiffs in the above-referenced matter. I make this declaration upon my personal knowledge, and, if called as a witness, I could competently testify to the facts hereinafter stated.

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
Case No. C 07-04784 EMC
115107/483803

1    2.   Defendant CHESTER L. NEAL, individually and doing business as C.L. NEAL CONSTRUCTION, has not filed an answer or otherwise responded to Plaintiffs' Complaint, which was filed on September 17, 2007, served by substituted service under California Code of Civil Procedure section 415.20(b) on December 26, 2007, mailed to Defendant on January 9, 2008, for which service was deemed complete under CCP 415.20(b) on January 19, 2008, and for which proofs of service were filed before this Court with the Summons on January 16, 2008, a true and correct copy of which is attached hereto as Exhibit A, and incorporated by reference herein.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of February, 2008, in Alameda, California.

_____/s/_____
KRISTINA M. ZINNEN

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

DECLARATION OF KRISTINA M. ZINNEN IN SUPPORT OF PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT
Case No. C 07-04784 EMC          - 2 -
115107/483803