Case 3:07-cv-04784-EMC   Document 11   Filed 01/16/2008   Page 1 of 1

ELECTRONIC

JAN 1 6 2008

FILING

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034298-01 | |
| Insert name of court, judicial district or branch court, if any, and post office and street address<br>United States District Court, | | |
| SHORT NAME OF CASE<br>THE BOARD OF TRUSTEES vs. NEAL | | |
| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C074784EMC |

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE, NOTICE OF ASSIGNMENT, ECF REGISTRATION INFORMATION, WELCOME TO THE U.S. DISTRICT COURT

   Name of Defendant: CHESTER L. NEAL, INDIVIDUALLY AND DOING BUSINESS AS
                               C.L. NEAL CONSTRUCTION
       Person Served: BRIAN NEAL
             Title: CO-TENANT

   Date of Delivery: 12/26/07
   Time of Delivery: 07:43 pm

   Place of Service: 4429 E GRANT
                     FRESNO, CA 93702   (Residence)

   Date of Mailing: 01/09/08
   Place of Mailing: SAN FRANCISCO

Manner of Service:
Substituted Service on the defendant by leaving copies of the documents at the defendants dwelling, house, usual place of abode, usual place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, in the presence of a competent member of the household or a person apparently in charge of his or her office, place of business, or usual mailing address other than a U.S. Postal Service Post Office Box, at least 18 years of age who was informed of the contents thereof, and by mailing copies of the documents (By First-Class Mail, Postage Pre-Paid) to the defendant served at the place where the copies were left. (CCP 415.20(b) ) (F.R.CIV. P. 4 (e) (1)) FRCP 4 D

DOCKET

Fee for service:   $ 189.00

| JUDICIAL COUNCIL FORM, RULE #982 (A)(23) | I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. |
|---|---|
| [X] Registered: . . . . Fresno . . . . . County,<br>Number: . . . . . S2006614 . . . . . . .<br>Expiration Date: 01/27/2008<br>     RAPID SERVE<br>     210 Fell Street, # 19<br>     San Francisco, CA 94102<br>     (415) 882-2266<br>             304/00034298-01 | on: . . . . . . . . January 9, 2008 . . . . .<br>at: . . . . . . . . . San Francisco . . . . , California.<br><br>Signature: _____<br>Name: DAWN BLANTON<br>Title: (i) registered California process server |