**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

February 21, 2008

RE: CV 07-04784 EMC     BOARD OF TRUSTEES-v- CHESTER L. NEAL

    Default is **entered** as to defendant Chester L. Neal individually and dba C.L. Neal Construction on February 21, 2008.

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89