1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

9    THE BOARD OF TRUSTEES, et al.,                    No. C07-4784 EMC

10                Plaintiffs,

11         v.                                          **CLERK'S NOTICE**

12    CHESTER L. NEAL, etc.,

13                Defendant.
     _____/

14

15    TO ALL PARTIES AND COUNSEL OF RECORD:

16         YOU ARE NOTIFIED THAT the Case Management Conference set for June 11, 2008 at

17    1:30 p.m. is reset for **September 10, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in

18    Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  A Joint Case

19    Management Statement shall be filed by  September 3, 2008.

20

21    Dated:  June 2, 2008

22                                          FOR THE COURT,
                                            Richard W. Wieking, Clerk

23

24

25                                          by: _____
                                                 Betty Fong
26                                               Courtroom Deputy

27

28