


Skip to: CSLB Home | Content | Footer | Accessibility    Search CSLB

**Department of Consumer Affairs**
**Contractors State License Board**

| | | | | | | |
|---|---|---|---|---|---|---|
| 01 CONSUMERS | 02 CONTRACTORS | 03 APPLICANTS | 04 JOURNEYMEN | 05 PUBLIC WORKS | 06 BUILDING OFFICIALS | 07 GENERAL INFO |

### WHAT YOU CAN DO

CONTRACTOR'S LICENSE DETAIL

**About CSLB**
**CSLB Newsroom**
**Board and Committee Meetings**
**Disaster Information Center**
**CSLB Library**
**Frequently Asked Questions**
**Online Services**
- Check A License or HIS Registration
- Filing a Construction Complaint
- Processing Times
- Check Application Status
- Search for a Surety Bond Insurance Company
- Search for a Workers' Compensation Company

**How to Participate**

⚠ **DISCLAIMER: A license status check provides information taken from the CSLB license database. Before relying on this information, you should be aware of the following limitations.**

- CSLB complaint disclosure is restricted by law (B&P 7124.6). If this entity is subject to public complaint disclosure, a link for complaint disclosure will appear below. Click on the link or button to obtain complaint and/or legal action information.
- Per B&P 7071.17, only construction related civil judgments reported to the CSLB are disclosed.
- Arbitrations are not listed unless the contractor fails to comply with the terms of the arbitration.
- Due to workload, there may be relevant information that has not yet been entered onto the Board's license database.

| | | | |
|---|---|---|---|
| **License Number:** | 804727 | **Extract Date:** | 06/18/2008 |
| **Business Information:** | C L NEAL CONSTRUCTION<br>4429 E GRANT<br>FRESNO, CA 93702<br>Business Phone Number: (559) 259-2867 | | |
| **Entity:** | Sole Ownership | | |
| **Issue Date:** | 02/27/2002 | | |
| **Expire Date:** | 02/29/2008 | | |
| **License Status:** | This license is expired and not able to contract at this time. | | |
| **Additional Status:** | The license will need to resolve an outstanding bond payout.<br>The license will need a contractors bond to renew active or reactivate.<br>The license will need to meet the workers compensation requirements to renew active or reactivate.<br>The license will need to resolve an outstanding civil judgment to renew active or reactivate.<br>There may be a legal requirement to be met prior to renewal or reactivation of the license. | | |
| **Classifications:** | CLASS    DESCRIPTION<br>C42      SANITATION SYSTEM | | |
| **Bonding:** | **CONTRACTOR'S BOND**<br>This license filed Contractor's Bond number 544186C in the amount of $10,000 with the bonding company<br>DEVELOPERS SURETY AND INDEMNITY COMPANY.<br>Effective Date: 10/15/2004<br>Cancellation Date: 02/12/2006<br>Contractor's Bonding History | | |
| **Workers' Compensation:** | This license has workers compensation insurance with the<br>STATE COMPENSATION INSURANCE FUND<br>Policy Number: 1827706<br>Effective Date: 10/27/2005<br>Cancellation Date: 02/28/2006<br>Workers' Compensation History | | |

Consumers | Contractors | Applicants | Journeymen | Public Works | Building Officials | General Info
CSLB Home | Conditions of Use | Privacy | Contact CSLB

Copyright © 2007 State of California

**EXHIBIT E**