United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BOARD OF TRUSTEES, et al., | No. C07-4784 EMC |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| CHESTER L. NEAL, etc., | |
| Defendant. _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the Case Management Conference set for September 10, 2008 at 1:30 p.m. is reset for **November 19, 2008 at 1:30 p.m.** before Magistrate Judge Edward M. Chen in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. A Joint Case Management Statement shall be filed by November 12, 2008.

Dated: September 8, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy